0661-13550-4

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHUNTA MALLORY** | * | CIVIL ACTION |
| | * | |
| | * | NO. |
| **VERSUS** | * | |
| | * | SECTION |
| | * | |
| **GLOBAL HAWK INSURANCE COMPANY,** | * | JUDGE |
| **JBENNETT TRANSPORT, LLC, AND** | * | |
| **JOSEPH BENNETT** | * | MAGISTRATE |
| | * | |
| | * | JURY DEMAND |
| *   *   *   *   *   *   * | * | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendants, Global Hawk Insurance Company, JBennett Transport, LLC and Joseph Bennett, hereby timely remove this matter from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, in which it is now pending, to the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, *et seq.* Original jurisdiction lies with this Court because the amount in controversy exceeds $75,000.00 and there is complete diversity among the properly joined parties.

I.

On or about May 24, 2019, plaintiff filed a Petition for Damages, commencing a civil action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana entitled, *Shunta Mallory v. Global Hawk Insurance Company, JBennett Transport, LLC and Joseph*

*Bennett*, bearing No. 683445 on the docket of Section 27.  A copy of said Petition for Damages is attached and made part of this Notice of Removal as Exhibit 1.

II.

The Plaintiff alleges that defendant, Global Hawk Insurance Company, is a foreign insurance company authorized to do and doing business in the State of Louisiana.  Petition for Damages at ¶ 1.  In fact, Global Hawk Insurance Company is a foreign risk retention group organized under the laws of the State of Vermont with its principal place of business in the State of California that is authorized to do and doing business in the State of Louisiana.  As such, Global Hawk Insurance Company is a citizen of California for purposes of diversity jurisdiction.

III.

The Plaintiff further alleges that defendant, JBennett Transport, LLC, is a foreign corporation organized and existing under the laws of a state other than the State of Louisiana, not authorized to do, but doing business in the State of Louisiana, having appointed the Secretary of State of the State of Louisiana, 8585 Archives Ave., Baton Rouge, Louisiana 70809, as its agent for service of process.  In fact, JBennett Transport is a New Jersey limited liability company whose member Joseph Bennett, who is a resident of the State of California, and Michelle Bennett, who is a resident of New Jersey.  As such, JBennett Transport, LLC is either a California resident or New Jersey resident for the purpose of diversity jurisdiction.

IV.

The Plaintiff further alleges that defendant, Joseph Bennett, is a citizen of the State of California domiciled at 4251 San Pablo Dam, Apt. 7, El Sobrante, California 94803. As such, Joseph Bennett is a California resident for purposes of diversity jurisdiction.

V.

The Plaintiff alleges in the Petition for Damages that he is a person of the full age of majority and resident of the State of Louisiana, who has sustained, *inter alia*, "serious personal injuries, including, but not limited to, injuries to his neck, back, left hand and left shoulder, all requiring ongoing medical treatment." Petition for Damages at ¶ 5. Accordingly, petitioners show to a degree of legal certainty that the amount in controversy for the plaintiff's claims exceed this Court's jurisdictional minimum of $75,000.00 for the purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332.

VI.

This suit is civil in nature and is one over which this Court has original jurisdiction and is one over which the district courts of the United States are given original jurisdiction on the grounds on diversity of citizenship pursuant to 28 U.S.C. § 1332.

VII.

A copy of the Notice of Removal is also being filed with the clerk of the district court in which this cause was originally filed.

3

VIII.

Pursuant to 28 U.S.C. §1447(b), copies of all process, pleadings and orders filed in the record of the state court proceeding will be provided.

IX.

Thirty (30) days have not elapsed since the last defendant was served with this lawsuit and the filing of this pleading.

X.

Petitioners demand trial by jury.

**WHEREFORE**, petitioners pray that this Notice of Removal be accepted as good and sufficient, and that the aforesaid action pending against them in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, be removed to the United States District Court for the Middle District of Louisiana.

Dated this 3rd day of July, 2019.

Respectfully submitted,

*/s/ Neal J. Favret*

ALAN J. YACOUBIAN (# 17213)
NEAL J. FAVRET (#24412)
JOHNSON, YACOUBIAN & PAYSSE
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
Facsimile:  (504) 528-3030
*Attorneys for Defendants, Global Hawk Insurance Company, JBennett Transport, LLC and Joseph Bennett*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of July, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, if any, by e-mail, fax and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

      */s/ Neal J. Favret*
      _____