EAST BATON ROUGE PARISH   C-683445
Filed May 24, 2019 11:00 AM      27
Deputy Clerk of Court

SHUNTA MALLORY            NUMBER:      DIV.:

VERSUS                         19TH JUDICIAL DISTRICT COURT

                                 PARISH OF EAST BATON ROUGE

GLOBAL HAWK INSURANCE       STATE OF LOUISIANA
COMPANY, JBENNETT TRANSPORT,
LLC, AND JOSEPH BENNETT
*****************************************************

### PETITION FOR DAMAGES

The petition of SHUNTA MALLORY, a citizen of the State of Louisiana, with respect, represents:

1.

Made defendants herein are:

     a)      GLOBAL HAWK INSURANCE COMPANY, on information and belief, a foreign insurance corporation, organized and existing under the law of a state other than the State of Louisiana, not authorized to do, but doing business in the state of Louisiana, having appointed the Honorable R. Kyle Ardoin, Secretary of State, of the state of Louisiana, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809, as its agent for service of process.

     b)      JBENNETT TRANSPORT, LLC, on information and belief, a foreign corporation, organized and existing under the law of a state other than the State of Louisiana, not authorized to do, but doing business in the state of Louisiana, having appointed the Honorable R. Kyle Ardoin, Secretary of State, of the state of Louisiana, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809, as its agent for service of process.

     c)      JOSEPH BENNETT, on information and belief, a citizen of the State of California, domiciled at 4251 San Pablo Dam, Apt. 7, El Sobrante, CA 94803.

2.

Defendants, GLOBAL HAWK INSURANCE COMPANY, JBENNETT TRANSPORT, LLC, and JOSEPH BENNETT, are justly and truly indebted to petitioner, SHUNTA MALLORY, in a sum reasonable in the premises, for the following, to wit:

EXHIBIT
1

3.

On or about June 1, 2018, petitioner, SHUNTA MALLORY, was operating a 2017 Hino Conventional vehicle travelling northbound on Louisiana Highway 3158, at the intersection of a private drive into a gas station, in the Parish of Tangipahoa, State of Louisiana, when, suddenly and without warning, a 2012 Freightliner, owned by defendant, JBENNETT TRANSPORT, LLC, and operated with knowledge and permission, by defendant, JOSEPH BENNETT, travelling southbound on Louisiana Highway 3158, executed a left turn directly in the path of petitioner's vehicle, collided with petitioner's vehicle, and causing petitioner to sustain personal injuries.

4.

On information and belief, petitioner, SHUNTA MALLORY, allege that the sole, proximate cause of the automobile accident of June 1, 2018, was the negligence of defendant, JOSEPH BENNETT, in the following, non-exclusive particulars:

a) Executing a left turn without first ascertaining that the turn could be made without endangering other vehicles in direct violation of LSA-RS 32:122;
b) Driving at an excessive rate of speed for existing traffic conditions;
c) Failure to maintain control of his vehicle;
d) Failure to maintain a proper lookout;
e) Driving while inattentive or distracted;
f) Failure to yield the right of way to oncoming vehicles; and
g) Failure to see what a reasonably prudent person would have seen under the same or similar circumstances.

5.

As a direct and proximate result of the negligence of defendant, JOSEPH BENNETT, petitioner, SHUNTA MALLORY, sustained serious personal injuries, including, but not limited to, injuries to his neck, back, left hand and left shoulder, all requiring ongoing medical treatment.

6.

As a direct and proximate result of the injuries sustained by petitioner, SHUNTA MALLORY, in the automobile accident of June 1, 2018, petitioner, SHUNTA MALLORY, has sustained the following damages, past and future, for which she is entitled to a sum reasonable in the premises.

a) Physical pain and suffering;
b) Mental anguish and emotional distress;
c) Inconvenience and loss of enjoyment of life;
d) Lost wages and loss of earning capacity; and,
e) Permanent scarring and disfigurement;
f) Medical and related expenses.

**7.**

On information and belief, defendant, GLOBAL HAWK INSURANCE COMPANY, issued a policy of liability insurance to defendant, JBENNETT TRANSPORT, LLC, insuring defendant, JOSEPH BENNETT, for negligence in the operation of a motor vehicle and therefore defendant, GLOBAL HAWK INSURANCE COMPANY, is liable for the negligence of defendant, JOSEPH BENNETT, and is amenable to suit directly by virtue of the Louisiana Direct Action Statute LSA - R.S. 22:655.

**8.**

On information and belief, defendant, JOSEPH BENNETT, was employed by defendant, JBENNETT TRANSPORT, LLC, and was acting in the course and scope of his employment for, JBENNETT TRANSPORT, LLC, at the time of the automobile accident of June 1, 2018, and defendant, JBENNETT TRANSPORT, LLC, is therefore liable for the negligence of defendant, JOSEPH BENNETT, by virtue of the doctrine of respondent superior.

**WHEREFORE**, petitioner, SHUNTA MALLORY, prays that defendants, GLOBAL HAWK INSURANCE COMPANY, JBENNETT TRANSPORT, LLC, and JOSEPH BENNETT, be served with a copy of this petition and be required to answer same within the delays provided by law, that, after the expiration of all legal delays and due proceedings had, there be judgment rendered herein in favor of petitioner, SHUNTA MALLORY, and against defendants, GLOBAL HAWK INSURANCE COMPANY, JBENNETT TRANSPORT, LLC, and JOSEPH BENNETT, for a sum reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

RESPECTFULLY SUBMITTED:

_____
Vincent J. DeSalvo
Attorney at Law
7918 Wrenwood Boulevard, Suite A
Baton Rouge, LA 70809
225/927-7035
I.D. #4900

**PLEASE SERVE:**

GLOBAL HAWK INSURANCE COMPANY
Through its agent for service of process;
The Honorable R. Kyle Ardoin
Secretary of State
State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

JBENNETT TRANSPORT, LLC
Through its agent for service of process;
The Honorable R. Kyle Ardoin
Secretary of State
State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

JOSEPH BENNETT
Through its agent for service of process;
The Honorable R. Kyle Ardoin
Secretary of State
State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE VIA LONG ARM:**

JOSEPH BENNETT
4251 San Pablo Dam, Apt. 7
El Sobrante CA 94803